IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-103-RJC-DCK

| | |
|---|---|
| THEODORE ZIOLKOWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BOEING NORTH AMERICAN ) | |
| RETIREMENT PLAN, and EMPLOYEE ) | |
| BENEFIT PLANS COMMITTEE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 23) filed by Savannah S. Trimmer, concerning W. Kyle Dillard, on November 6, 2023. W. Kyle Dillard seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 23) is **GRANTED**. W. Kyle Dillard is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: November 6, 2023

David C. Keesler
United States Magistrate Judge